CLAPP v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. October 21, 1916.) No. 4119. Appeal from the District Court of the United States for the Western District of Oklahoma. E. C. Stanard, J. H. Wahl, and C. H. Ennis, all of Shawnee, Okl., and C. F. Smith and Everest & Camp-

bell, all of Oklahoma City, Okl., for appellant. Isaac D. Taylor, Asst. U. S. Atty.; of Oklahoma City, Okl.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellant.